

MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
# CHARGE OF DISCRIMINATION

Enter Charge Number
☐ FEPA E-07/17-48326
☐ EEOC 28E-2017-01312C

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

| Missouri Commission on Human Rights and EEOC |||
|---|---|---|
| Name (Indicate Mr., Ms., or Mrs.) Mr. Demetrice Jackson | Date of Birth 2/10/1976 | Home Telephone No. (Include Area Code) (816) 457-3131 |
| Street Address 3915 E 72nd Terr. | City, State and Zip Code Kansas City, MO 64132 | County Jackson |

**Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me** *(if more than one list below).*

| Name KSHB-TV 41 | No. of Employees/Members 50+ | Telephone No. (Include Area Code) (816) 753-4141 |
|---|---|---|
| Street Address 4720 Oak St. | City, State and Zip Code Kansas City, MO 64112 | |
| Name Carrie Hofmann | No. of Employees/Members | Telephone No. (Include Area Code) (816) 503-1622 |
| Street Address 14413 Windsor St | City, State and Zip Code Leawood, KS 66224 | |

Cause of Discrimination based on *(Check appropriate box(es))*
☒ Race ☒ Color ☐ Sex
☐ National Origin ☐ Religion ☐ Age
☐ Disability ☒ Retaliation ☐ Other *(Specify)* Hostile Work Environment

Date Discrimination took Place *(Month, Day, Year)*
September 2013-Current
☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*

See attached document(s).

FILED
JUL 13 2017
MO Commission on Human Rights
Jefferson City Office

> JANET WINTERS
> Notary Public - Notary Seal
> State of Missouri, Clay County
> Commission Number 12448136
> My Commission Expires Oct 5, 2020

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

**NOTARY** – *(When necessary to meet State and Local Requirements)*

Janet Winters

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

X _____ 7/13/17
Charging Party (Signature)   Date

X _____
Signature of Complainant

Subscribed and sworn to before me this date *(Day, month and Year)*

MCHR-27 (4-99) AI

In August 2013, I was contacted, through my agent, by KSHB-TV 41 concerning an open position for a sports reporter. At that time, I was a sports director for a news station in Montgomery, Alabama, and had been sports director for 12 years. I did not seek out or apply for any positions with KSHB-TV41.

At KSHB-TV 41's request, I traveled to Kansas City, Missouri to meet with Carrie Hofmann, who is the News Director for KSHB-TV 41. The day I arrived in Kansas City, I went to dinner with Jack Harry. During such dinner, Harry told me "hey you would be coming in at the perfect time. This is the end of the road for me and Frank" (referring to Frank Boal). The following day, I had lunch with Hofmann. She told me that Harry was getting very close to retiring and that she wanted to make sure everything was in place for when he did. Hofmann seemed very optimistic and stated that she wanted to move on this very quickly. While she did not make me an offer on the spot in person, Hofmann did call my agent and made a formal offer, and such was given to me upon my return to Alabama.

I declined the initial offer and encouraged Hofmann to continue her search as I was perfectly happy with my position in Alabama. I informed Hofmann that when Harry decided to retire to please consider me for the job. Hofmann's response was, "well, let me talk with our General Manager and maybe we can move some of our finances around to offer you more money". I never requested additional funds. I also made it clear that I was not interested in relocating to be in a lesser position and that I was solely interested in the Sports Director position.

I then received a second offer of employment from Hofmann soon thereafter. Due to the "urgency" of the offer, I had assumed that offer would result in my becoming the sports director once Jack Harry retired. I was informed that Frank Boal was NOT interested in the sports director position because he did not want to work full time and was only working on a part-time basis. I accepted the position after the second offer, assuming that I would become the Sports Director shortly thereafter, and immediately began employment in September 2013.

Due to the short-notice of the position, my wife and children had to remain in Alabama. In order to support two households, I obtained a second job to help support in October 2013.

Jack Harry was preparing to retire in June 2015. There was no formal application or interview process for the sports director position. Based on the representations leading to the job offer, I fully trusted that I would be selected for the position due to my previous experience as a sports director. Such was not the case.

In January 2015, Frank Boal had informed me that he was going to meet with Carrie Hofmann concerning the sports director position. I confronted Hofmann concerning this statement. She adamantly denied that there was a pre-determined decision that Boal would be taking over the Sports Director position, and stated that Boal would have to apply and that there was a "wide-open competition between both". However, Hofmann made it very clear that I was not to mention this, in any way, to Boal.

In May 2015, Carrie Hofmann advised that Frank Boal was selected for the Sports Director position. Hofmann stated that I would now become the weekend sports anchor and that there were "PR concerns about passing over the old white guy". I was also informed by Hofmann to no longer assist in editing and producing for Frank Boal as he was to do so himself.

FILED

JUL 13 17

MO Commission on Human Rights
Jefferson City Office

In June 2015, Hofmann provided an Addendum to my contract to reference the change in title and pay increase. I informed Hofmann, both verbally and by writing on such Addendum, that acceptance of this "promotion" was solely in good faith and with the understanding that everybody had fit the criteria set forth and that Hofmann would check if Boal met the requirements.

Boal did not meet the criteria of being able to edit and produce material on his own. He was provided training prior to his position starting, and his trainer stated that he was nervous because Frank was not ready for starting his new position. Boal continued receiving training after his appointment to Sports Director.

Ryan Marshall, a male African American sports reporter, was hired in June 2015. I believe that KSHB-TV41 thought that I would quit after I was passed over for the sports director position. At a quick glance, both Ryan and I look similar.

Frank Boal assumed the Sports Director position as of July 1, 2015.

On August 19, 2016, the Missouri high school football season began. One of the games scheduled that day was between Hogan High School and Lincoln College Preparatory Academy and was known as the "Battle for the Mayor's Cup", which is an annual event that the community always looks forward to. Both of these schools are inner-city schools with a majority of African American students. When I spoke to Carrie Hofmann concerning this game, which was being covering for the news broadcast, she stated "Why should we care about that game? Our audience is in Johnson County. Those are the games that matter," and that those games were still two weeks away.

My contract was up for renewal in September 2016. The position was for the weekend sports anchor position (same as the Addendum entered in June 2015). Upon the signing of my renewed Contract, I again vocalized my good faith understanding that I would assume the position of Sports Director upon the time that Frank Boal retired.

In April 2017, I was advised that Frank Boal had decided to retire as sports director. I became excited, fully trusting that I would be able to finally achieve becoming the sports director. This time, I had to apply as if I was an external applicant. I was required to be interviewed by a panel of 12 of my co-workers for the position, in which they then had to take a vote. The other two candidates only had casual conversations with Carrie Hofmann and the hiring committee.

Stunningly, Mick Shaffer received the position of sports director. Shaffer is quoted in the Kansas City Star saying Frank Boal is "one of the biggest reasons I have the job. He vouched for me...If it weren't for him, I don't think I would have gotten it." (June 5, 2017). When I had asked Frank Boal about the position, he denied recommending Mick Shaffer for the position. Boal stated that Carrie Hofmann had asked for suggestions for the position and he "simply submitted" Mick's name along with Brad Fanning (formerly of KCTV-5). Further, Shaffer admitted that he was not required to submit a formal plan for the Sunday program. No other candidate had submitted a formal plan, other than me.

After a recent suit was filed against KSHB-TV 41 by Lisa Benson Cooper, an influx of African American employees has been hired by KSHB-TV 41. But, none have been hired for what are considered premium positions: those with high visibility or leadership roles. Until recently (the firing of Michael Coleman at KCTV-5), KSHB-TV41 was the only local news-station that did not feature a single African American person on their prime-time newscast.

FILED
JUL 13 2017
Missouri Commission on Human Rights
Jefferson City Office