IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DEMETRICE JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 18-CV-00440-ODS |
| ) | |
| SCRIPPS MEDIA, INC. ) | |
| dba KSHB-TV, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO WITHDRAW RACHEL M. SMITH AS COUNSEL**

COMES NOW, Defendant, Scripps Media, Inc. dba KSHB-TV ("Defendant") and for its Motion to Withdraw Rachel M. Smith as counsel in the above-styled case, states:

1. Rachel M. Smith is a partner at Baker & Hostetler LLP and was admitted *pro hac vice* as one of the counsel for Defendant in this case.

2. Rachel M. Smith is in the process of relocating with her family out of the country. Therefore, Defendant requests that Smith be removed as counsel in this case and be removed from the ECF notification on all future filings.

WHEREFORE, Defendant requests an Order of this Court granting its Motion to Withdraw Rachel M. Smith as counsel, and for such other relief as may be just and proper.

**Dated: May 13, 2019**

By: *M. Scott McIntyre*_____

**HUSCH BLACKWELL LLP**
Julianne P. Story, MO # 42295
Benjamin A. McMillen, MO # 63086
4801 Main St., Ste. 1000
Kansas City, MO 64112
Ph.:  (816) 983-8000
Fax:  (816) 983-8080
Email: julianne.story@huschblackwell.com
ben.mcmillen@huschblackwell.com

**BAKER & HOSTETLER LLP**
M. Scott McIntyre (*pro hac vice*)
312 Walnut St., Ste. 3200
Cincinnati, OH 45202
Ph.:  (513) 929-3400
Fax:  (513) 929-0303
Email: smcintyre@bakerlaw.com

Rachel M. Smith (*pro hac vice*)
811 Main Street, Suite 1100
Houston, TX 77002
Ph.:  (713) 646-1386
Fax:  (713) 751-1717
Email: rsmith@bakerlaw.com

Eric L. Barnum (*pro hac vice*)
1170 Peachtree St., Suite 2400
Atlanta, GA 30309
Ph.:  (404) 946-9780
Fax:  (404) 459-5734
Email: ebarnum@bakerlaw.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

   In accordance with the Federal Rules of Civil Procedure, I hereby certify that on May 13, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send electronic notice of this filing to the following:

**THE POPHAM LAW FIRM**

DENNIS E. EGAN - MO #27449
712 Broadway, Suite 100
Kansas City, MO 64105
Telephone: (816) 221-2288
Telecopier: (816) 221-3999
Email: degan@pophamlaw.com

**THE MEYERS LAW FIRM, LC**
Martin M. Meyers – MO #29524
503 One Main Plaza
4435 Main St.
Kansas City, MO 64111
Telephone: (816) 444-8500
Telecopier: (816) 444-8508
Email: mmeyers@meyerslaw.com

**ATTORNEYS FOR PLAINTIFF**

            */s/ M. Scott McIntyre*
             M. Scott McIntyre

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DEMETRICE JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 18-CV-00440-ODS |
| ) | |
| SCRIPPS MEDIA, INC. ) | |
| dba KSHB-TV, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW RACHEL M. SMITH AS COUNSEL

**IT IS HEREBY ORDERED**, that good cause exists for the requested relief in Defendant's Motion to Withdraw Rachel M. Smith as Counsel. It is therefore, ordered that Defendant's Motion is **GRANTED** and that Rachel M. Smith is withdrawn as Counsel for Defendant in the above-referenced matter in light of her impending relocation out of the country.

**IT IS SO ORDERED**.

_____   _____
DATE                             ORTRIE D. SMITH, JUDGE
                                 UNITED STATES DISTRICT